IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES A. LAMBERT                                                                                              PLAINTIFF

V.                                                                       CIVIL ACTION NO. 4:22-CV-00109-JMV

MDOC, et al.                                                                                              DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY

This matter comes before the court upon the plaintiff's motion [5] seeking discovery of information related to his underlying claims in this case. Specifically, the plaintiff requests that he be allowed to subpoena certain individuals employed at the correctional facility. The plaintiff, however, advances absolutely no argument as to why he requests subpoena authority other than to vaguely assert that these individuals are witnesses to unidentified acts. Moreover, this matter is set for a *Spears* hearing on December 13, 2022. Until such time as the *Spears* hearing is held and a determination is reached as to whether the plaintiff's action should proceed, the court finds the instant request to be premature. Accordingly, the plaintiff's motion [5] is **DENIED**.

**SO ORDERED**, this the 23rd day of August, 2022.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE