IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES A. LAMBERT                                                                                             PLAINTIFF

V.                                                                                 CIVIL ACTION NO. 4:22-CV-00109-JMV

MDOC, et al.                                                                                              DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION TO ADD COPIES TO DISCOVERY

This matter comes before the court upon the plaintiff's motion [19] which he styles as a "Motion to Add Copies to Discovery." To the extent that Plaintiff is actually seeking discovery, that request is not well-taken for the reasons set forth in the Court's August 23, 2022 Order Denying Discovery. *See* Doc. # 14. If, however, Plaintiff is seeking to amend his complaint with new allegations from November of 2022, as indicated in the exhibits attached, such request is improper as he could not have exhausted those claims prior to filing suit in July of 2022. Accordingly, the plaintiff's motion [19] is **DENIED**.

**SO ORDERED**, this the 10th day of November, 2022.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE