IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES A. LAMBERT     PLAINTIFF

V.     CIVIL ACTION NO. 4:22-CV-00109-JMV

MDOC, et al.     DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION TO ADD TO DISCOVERY

This matter comes before the court upon the plaintiff's motion [21] which he styles as a "Motion to Add to Discovery." In this filing, Plaintiff attaches Mississippi Code Section 47-5-28 as an exhibit. To the extent that Plaintiff is actually seeking discovery, that request is not well-taken for the reasons set forth in the Court's August 23, 2022 Order Denying Discovery. *See* Doc. # 14. Accordingly, the plaintiff's motion [21] is **DENIED**.

**SO ORDERED**, this the 21st day of November, 2022.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE