IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES LAMBERT                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 4:22-CV-00109-JMV

MDOC, et al.                                                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "**STRIKE**" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 26th day of January, 2023.

/s/ Jane M. Virden
**JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**